**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tanh Huu LAM, Defendant–Appellant.**

**No. 99–10463.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 30, 2000

Filed June 4, 2001

Amended Aug. 22, 2001

Judy Clarke, Executive Director, Federal Defenders of Eastern Washington and Idaho, Spokane, Washington; Quin Denver, Federal Defender, Mary French, Asst. Federal Defender, John P. Balazs, Asst. Federal Defender, Sacramento, California, for the defendant-appellant.

Paul L. Seave, United States Attorney, Kenneth J. Melikian, Assistant United States Attorney, R. Stephen Lapham, Assistant United States Attorney, Sacramento, California, for the plaintiff-appellee.

Before: B. Fletcher, O'Scannlain and Gould, Circuit Judges.

## ORDER

The panel unanimously votes to deny the petition for rehearing except that it directs that two corrections pointed out in the petition be made:

At slip op. 6888, the first sentence in the second full paragraph is deleted and the following substituted in its stead: "Lam was retried on the same indictment. The Government on December 18, 1998 filed a notice of intent to seek the death penalty."

At slip op. 6893, delete the text of footnote 7 and place in its stead: "Staniels was appointed counsel from the Federal Defenders Office of the Eastern District of California."

The clerk is directed to re-file the opinion with the indicated corrections.

Judges O'Scannlain and Gould vote to deny the petition for rehearing en banc and Judge B. Fletcher so recommends.

The petition for rehearing and rehearing en banc has been circulated to the full court and no active member of the court has voted for rehearing.

The petition for rehearing en banc is denied.